# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR98** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **LETITIA WOFFORD,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the motion to withdraw filed by Stephen R. Baxley (Filing No. 40).  Glenn A. Shapiro has entered his appearance (Filing No. 37).

IT IS ORDERED that the motion to withdraw filed by Stephen R. Baxley (Filing No. 40) is granted.

DATED this 6th day of August, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge