IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR98** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **KETITIA WOFFORD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for leave to proceed on appeal in forma pauperis (Filing No. 54), filed pursuant to Federal Rule of Appellate Procedure 24(a). The Defendant, who was represented by retained counsel in this Court, has filed a notice of appeal. (Filing No. 53.) The motion includes an affidavit regarding the Defendant's financial status. (Filing No. 54.) Also, prior to being represented by retained counsel, the Defendant was represented by appointed counsel. (Filing No. 6.)

IT IS ORDERED that the Defendant's motion for leave to proceed on appeal in forma pauperis (Filing No. 54) is granted.

DATED this 19th day of November, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge